B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Maryland

In re **Charles Henry Fritsch, V,**
    **Jean Flatley Fritsch**

                  Debtors

Case No. **14-26478**

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,562,111.00 | | |
| B - Personal Property | Yes | 4 | 516,783.65 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 6,081,918.18 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 221,099.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 3,786,120.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 11,727.26 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 14,401.06 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 2,078,894.65 | | |
| Total Liabilities | | | | 10,089,137.22 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Maryland

In re **Charles Henry Fritsch, V,**
**Jean Flatley Fritsch**

Case No. **14-26478**

Debtors

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Charles Henry Fritsch, V,**                          Case No.    **14-26478**
         **Jean Flatley Fritsch**

                                          Debtors

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2902 Route 97, Glenwood, Maryland  21738 [Residence] (Also encumbered by an avoidable Judgment Lien in the amount of $4,461,900.18)** | **Tenants by the Entirety** | **J** | **692,710.00** | **742,666.00** |
| **102 S. 2nd St., Fairfield, Iowa 52556** | **Tenants by the Entirety** | **J** | **94,000.00** | **85,010.00** |
| **6 Rocky Glen Ct., Brookeville, Maryland 20833** | **Tenants by the Entirety** | **J** | **775,401.00** | **5,254,242.18** |

| | | |
|---|---|---|
| Sub-Total > | **1,562,111.00** | (Total of this page) |
| Total > | **1,562,111.00** | |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Charles Henry Fritsch, V,**                                   Case No. __14-26478__
       **Jean Flatley Fritsch**
_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | 575.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking acct No.:  XXX 3785** | J | 6,872.89 |
| | | | **First Financial Federal savings acct no.:  XXX 7990** | J | 2,297.76 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room:  2 couches; 1 bookcase; 3 chairs; 3 tables; 3 lamps; 1 stereo/radio; 1 television; 1 stereo; 1 VCR/DVD player; assorted DVD's;  - $985.00**<br>**Dining room:  Dining room table w/chairs; china; silverware; pictures - $1,100.00**<br>**Bedrooms:  Beds; dressers; chest of drawers; mirrors; lamps - $800.00**<br>**Kitchen:  Refrigerator; dishwasher; stove; dishes; cookware; flatware; utensils; clothes washer & dryer - $1,040.00**<br>**Misc:  area rugs; sewing machine; window air conditioner; desk; assorted tools - $450.00** | J | 4,375.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **General Wearing Apparel** | H | 200.00 |
| | | | **General Wearing Apparel** | W | 200.00 |
| 7. | Furs and jewelry. | | **Jewelry: opal ring; citrine stone unmounted; heart locket; necklace of semi-precious stones; pounded copper necklace; red coral bracelet and earrings; 1 silver and gold bracelet; assorted gold neclklaces** | W | 5,000.00 |

Sub-Total >         19,520.65
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Charles Henry Fritsch, V,**
       **Jean Flatley Fritsch**

Case No. __14-26478__

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2 watches by Steinhausen; assorted cufflinks; and silver ring with emerald | H | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole life insurance with Northwest Mutual (Citizen's Bank holds as collateral for loan made to Synergy Hotel Group, LLC) | H | 0.00 |
| | | Term life insurance with Northwest Mutual (Citizen's Bank holds as collateral for loan made to Synergy Hotel Group, LLC) | W | 0.00 |
| | | Term Life Insurance with Northwest Mutual (Citizen's Bank holds as collateral for loan made to Synergy Hotel Group, LLC) | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Fritsch Family Partners,LLC Manages Clarion Hotel in Cedar Rapids Iowa The LLC is a Debtor in Chapter 11 in the United States Bankruptcy Court for the Northern District of Iowa, Case No. 14-01351 | J | 0.00 |
| | | Synergy Hotel Group, LLC LLC owns an Clarion Hotel in Cedar Rapids Iowa The LLC is a Debtor in Chapter 11 in the United States Bankruptcy Court for the Northern District of Iowa, Case No. 14-01351 | J | 0.00 |
| | | MBA Hotel Brokers, Inc. (Real Estate Brokerage Firm) | H | 0.00 |
| | | MBA Capital Funding Inc. Commercial Mortgage Brokerage | J | 0.00 |

Sub-Total >     1,500.00
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Charles Henry Fritsch, V,**
**Jean Flatley Fritsch**

Case No. **14-26478**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **MBA Hotel Brokers Iowa, Inc. (Real Estate Brokerage Firm)** | J | 1,765.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loans from Synergy Hotel Group, LLC Synergy Hotel Group, LLC is in bankruptcy. The loan is uncollectible.** **Loans to keep hotel operating:** **$110,650 was loaned by Debtors to Synergy in 2012** **$382,000 was loaned by Debtors to Synergy in 2013** | H | 492,650.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **John W. Flatley Living Trust Spendthrift Trust** | W | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total > 494,415.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Charles Henry Fritsch, V,**                       Case No.   **14-26478**
        **Jean Flatley Fritsch**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Ford Freestar Minivan - mileage: 173,727 poor condition [owned jointly with Casey Bo Alexander Fritsch]** | W | 1,348.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 1,348.00 |
| Total > | 516,783.65 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re **Charles Henry Fritsch, V,**                                                                Case No. __14-26478__
       **Jean Flatley Fritsch**
                                                                          ,
                                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Real Property** | | | |
| 2902 Route 97, Glenwood, Maryland 21738 [Residence] (Also encumbered by an avoidable Judgment Lien in the amount of $4,461,900.18) | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1.00 | 692,710.00 |
| 102 S. 2nd St., Fairfield, Iowa 52556 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 4,459.00 | 94,000.00 |
| 6 Rocky Glen Ct., Brookeville, Maryland 20833 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1.00 | 775,401.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Checking acct No.: XXX 3785 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 3,400.00 | 6,872.89 |
| First Financial Federal savings acct no.: XXX 7990 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1,200.00 | 2,297.76 |
| **Household Goods and Furnishings** | | | |
| Living room: 2 couches; 1 bookcase; 3 chairs; 3 tables; 3 lamps; 1 stereo/radio; 1 television; 1 stereo; 1 VCR/DVD player; assorted DVD's; - $985.00 Dining room: Dining room table w/chairs; china; silverware; pictures - $1,100.00 Bedrooms: Beds; dressers; chest of drawers; mirrors; lamps - $800.00 Kitchen: Refrigerator; dishwasher; stove; dishes; cookware; flatware; utensils; clothes washer & dryer - $1,040.00 Misc: area rugs; sewing machine; window air conditioner; desk; assorted tools - $450.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 1,000.00 | 4,375.00 |
| **Furs and Jewelry** | | | |
| Jewelry: opal ring; citrine stone unmounted; heart locket; necklace of semi-precious stones; | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 1,600.00 | 5,000.00 |
| pounded copper necklace; red coral bracelet and earrings; 1 silver and gold bracelet; assorted gold neclklaces | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 339.00 | |

Total: **12,000.00**    **1,580,656.65**

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Charles Henry Fritsch, V,**                      Case No.   **14-26478**

        **Jean Flatley Fritsch**

                                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Real Property** | | | |
| **102 S. 2nd St., Fairfield, Iowa 52556** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **4,459.00** | **94,000.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America Checking acct No.: XXX 3785** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **3,400.00** | **6,872.89** |
| | | | |
| **First Financial Federal savings acct no.: XXX 7990** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **1,097.76** | **2,297.76** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Living room: 2 couches; 1 bookcase; 3 chairs; 3 tables; 3 lamps; 1 stereo/radio; 1 television; 1 stereo; 1 VCR/DVD player; assorted DVD's; - $985.00** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **1,000.00** | **4,375.00** |
| **Dining room: Dining room table w/chairs; china; silverware; pictures - $1,100.00** | | | |
| **Bedrooms: Beds; dressers; chest of drawers; mirrors; lamps - $800.00** | | | |
| **Kitchen: Refrigerator; dishwasher; stove; dishes; cookware; flatware; utensils; clothes washer & dryer - $1,040.00** | | | |
| **Misc: area rugs; sewing machine; window air conditioner; desk; assorted tools - $450.00** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Jewelry: opal ring; citrine stone unmounted; heart locket; necklace of semi-precious stones; pounded copper necklace; red coral bracelet and earrings; 1 silver and gold bracelet; assorted gold neclklaces** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **1,600.00** | **5,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Ford Freestar Minivan - mileage: 173,727 poor condition** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **443.24** | **1,348.00** |
| **[owned jointly with Casey Bo Alexander Fritsch]** | | | |
| | Total: | **12,000.00** | **113,893.65** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Charles Henry Fritsch, V,**
      **Jean Flatley Fritsch**

Case No. __14-26478__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxxxxx2502 | | | | | **HELOC** | | | | | |
| **Creditor #: 1** **Capital One Bank, N.A.** P.O. Box 105474 Atlanta, GA 30348-5475 | | | | J | 6 Rocky Glen Ct., Brookeville, Maryland 20833 | | | | | |
| | | | | | Value $                    **775,401.00** | | | | **371,958.00** | **16,941.00** |
| Account No. xxxx1635 | | | | | 2/23/2007 | | | | | |
| **Creditor #: 2** **Citizen's Bank** P.O. Box 1900 24 Wildwood Lane Elizabethton, TN 37644 | X | | | J | Judgment Lien  6 Rocky Glen Ct., Brookeville, Maryland 20833 | | | X | | |
| | | | | | Value $                    **775,401.00** | | | | **4,461,900.18** | **4,461,900.18** |
| Account No. | | | | | | | | | | |
| **Shuttleworth & Ingersoll** **Laurie Dawley** 115 3rd St., SE #500 Cedar Rapids, IA 52401 | | | | | **Representing:** **Citizen's Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. xxxxxx0503 | | | | | Mortgage | | | | | |
| **Creditor #: 3** **MidWest One Bank** 102 South Clinton St. Iowa City, IA 52240 | | | | J | 102 S. 2nd St., Fairfield, Iowa 52556 | | | | | |
| | | | | | Value $                      **94,000.00** | | | | **85,010.00** | **0.00** |

__1__   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **4,918,868.18** | **4,478,841.18** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Charles Henry Fritsch, V,**                         Case No. **14-26478**
        **Jean Flatley Fritsch**

                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3856**<br><br>**Creditor #: 4**<br>**Ocwen Loan Servicing, LLC**<br>**Customer Service Dept**<br>**P.O. Box 24738**<br>**West Palm Beach, FL 33416-4738** | | J | **Mortgage**<br>**2902 Route 97, Glenwood, Maryland 21738**<br>**[Residence]**<br>**(Also encumbered by an avoidable Judgment Lien in the amount of $4,461,900.18)**<br><br>Value $       **692,710.00** | | | | **742,666.00** | **49,956.00** |
| Account No. **xxxxxx2290**<br><br>**Creditor #: 5**<br>**Ocwen Loan Servicing, LLC**<br>**Customer Service Dept**<br>**P.O. Box 24738**<br>**West Palm Beach, FL 33416-4738** | | J | **Mortgage**<br><br>**6 Rocky Glen Ct., Brookeville, Maryland 20833**<br><br>Value $       **775,401.00** | | | | **420,384.00** | **0.00** |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,163,050.00 | 49,956.00 |
| Total<br>(Report on Summary of Schedules) | 6,081,918.18 | 4,528,797.18 |

B6E (Official Form 6E) (4/13)

In re **Charles Henry Fritsch, V,**
    **Jean Flatley Fritsch**

Case No. _____**14-26478**_____

                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    **1**_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Charles Henry Fritsch, V,**
      **Jean Flatley Fritsch**

Case No.   **14-26478**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **Creditor #: 1** **Iowa Dept. of Revenue** **P.O. Box 10413** **Des Moines, IA 50319** | X | J | | | **State of Iowa Sales Tax** | | X | X | | 0.00 |
| | | | | | | | | | 99,649.00 | 99,649.00 |
| Account No. **Creditor #: 2** **Marietta Dobbins, Bankrutpcy Specialist** **Internal Revenue Service** **1240 E 9th St., Rm.  493** **Cleveland, OH 44199** | X | J | | | **941 Payroll taxes** | | X | X | | 0.00 |
| | | | | | | | | | 121,450.00 | 121,450.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 221,099.00 | 221,099.00 |

Total
(Report on Summary of Schedules)

| | |
|---|---|
| 0.00 | |
| 221,099.00 | 221,099.00 |

B6F (Official Form 6F) (12/07)

In re  **Charles Henry Fritsch, V,**
       **Jean Flatley Fritsch**

Case No. _____**14-26478**_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-6104** | | | Consultant | | | | |
| **Creditor #: 1**<br>**Anderson Hospitality Consultants**<br>**c/o Frank Anderson**<br>**24 Wildwood Lane**<br>**Roslyn Heights, NY 11577** | | J | | | | | **2,400.00** |
| Account No. | | | Guarantors for business debt - Furniture, Fixtures and equipment loans | | | | |
| **Creditor #: 2**<br>**Ascentium Capital, LLC**<br>**23970 Hwy 59, N.**<br>**Kingwood, TX 77339** | X | J | | | | | **182,121.90** |
| Account No. **xxxx4985** | | | Revolving credit card | | | | |
| **Creditor #: 3**<br>**Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998-2235** | | W | | | | | **16,345.78** |
| Account No. **xxxx 4121** | | | | | | | |
| **Creditor #: 4**<br>**Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998-2235** | X | H | | | | | **11,238.52** |

| | Subtotal<br>(Total of this page) | **212,106.20** |
|---|---|---|

__3__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Henry Fritsch, V,**
       **Jean Flatley Fritsch**

Case No. __**14-26478**__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 5**<br>**Barry Scherr**<br>**2046 Treasure Coast Plaza, Suite A**<br>**Vero Beach, FL 32960** | X | H | Gurantor of Business debt - Synergy Hotel Group, LLC | | | | 35,000.00 |
| Account No.<br><br>**Creditor #: 6**<br>**Blue Bridge Financial LLC**<br>**5500 Main St**<br>**Buffalo, NY 14221** | X | J | Guarantors for business debt - Furniture, Fixtures and equipment loans | | | | 50,674.73 |
| Account No.<br><br>**Creditor #: 7**<br>**Capital One Bank, N.A.**<br>**P.O. Box 105474**<br>**Atlanta, GA 30348-5475** | X | H | | | | | 270.91 |
| Account No. **xxxx5079**<br><br>**Creditor #: 8**<br>**Capital One Master Card**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | J | Credit Card Purchases | | | | 1,934.17 |
| Account No. **xxxx1297**<br><br>**Creditor #: 9**<br>**Capital One VISA**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | H | Credit Card Purchases | | | | 961.00 |

Sheet no. __**1**__ of __**3**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,840.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Henry Fritsch, V,**　　　　　　　　Case No. _____**14-26478**_____
　　　　**Jean Flatley Fritsch**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditor #: 10** <br> **Cedar Rapids Bank & Trust** <br> **5001 1st Ave., NE** <br> **Cedar Rapids, IA 52406-0789** | X | J | **Credit card - business debt - Fritsch Family Partners,LLC** | | | | 42,000.00 |
| Account No. <br><br> **Creditor #: 11** <br> **Hudson, Mallaney, Shindler & Anderson** <br> **5015 Grand Ridge Rd., Ste. 100** <br> **West Des Moines, IA 50265** | X | J | **Legal fees - Fritsch Family Partners,LLC** | | | | 881.80 |
| Account No. <br><br> **Creditor #: 12** <br> **M2 Lease Funds LLC** <br> **175 N. Patrick Blvd.,  Ste 140** <br> **Brookfield, WI 53045** | X | J | **Guarantors for business debt - Furniture, Fixtures and equipment loans** | | | | 128,400.09 |
| Account No. xxxx4526 <br><br> **Creditor #: 13** <br> **Sears Master Card** <br> **P.O. Box 6282** <br> **Sioux Falls, SD 57117-6282** | | H | **Revolving credit card** | | | | 7,228.30 |
| Account No. xxxx6505 <br><br> **Creditor #: 14** <br> **Small Business Administration** <br> **801 R Street** <br> **Fresno, CA 93721** | X | J | **2/23/2007** <br> **Guarantors for property located at 525 33rd Ave., SW, Cedar Rapids, IA** | | | | 1,798,456.00 |

Sheet no. __**2**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,976,966.19 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Henry Fritsch, V,**
**Jean Flatley Fritsch**
_____,
Debtors

Case No. _____**14-26478**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **U.S. Attorney** <br> **111 Seventh Ave., SE** <br> **Box 1** <br> **Cedar Rapids, IA 52401** | | | | **Representing:** <br> **Small Business Administration** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 15** <br> **The Leasing Experts** <br> **c/o Express Equity etal** <br> **9710 E. Indigo St., #203** <br> **Miami, FL 33157** | **X** | **J** | | **Guarantors for business debt - Furniture, Fixtures and equipment loans** | | | | **241,397.84** |
| Account No. <br> **Creditor #: 16** <br> **Zazza LTD** <br> **c/o Susan Zazza-Hutchcroft** <br> **520 Lawndale Dr., SE** <br> **Cedar Rapids, IA 52403** | **X** | **J** | | **2/23/2007** <br> **Guarantors for property located at 525 33rd Ave., SW, Cedar Rapids, IA** | | | | **1,266,809.00** |
| Account No. <br><br> **Lynch Dallas** <br> **526 2nd Ave., SE** <br> **Cedar Rapids, IA 52406** | | | | **Representing:** <br> **Zazza LTD** | | | | **Notice Only** |
| Account No. | | | | | | | | |

Sheet no. __**3**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,508,206.84**

Total
(Report on Summary of Schedules)

**3,786,120.04**

B6G (Official Form 6G) (12/07)

In re    **Charles Henry Fritsch, V,**                                          Case No.    **14-26478**
      **Jean Flatley Fritsch**
                                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **John and Nadine Bikim**<br>**6 Rocky Glen Court**<br>**Brookeville, MD 20833** | **Lease of 6 Rocky Glen Court, Brookeville,**<br>**Maryland 20833**<br>**$3,495.00 per month**<br>**Month-to-Month** |
| **Kelly Doe**<br>**102 S. 2nd Street**<br>**Fairfield, IA 52556** | **Lease of 102 S. 2nd Street, Fairfield, Iowa 52556**<br>**Roommate**<br>**$350.00 per month** |

  **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re **Charles Henry Fritsch, V,**
　　　　**Jean Flatley Fritsch**

Case No.　**14-26478**

_____

Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elisa Kay  Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Citizen's Bank**<br>**P.O. Box 1900**<br>**24 Wildwood Lane**<br>**Elizabethton, TN 37644** |
| **Elisa Kay  Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Small Business Administration**<br>**801 R Street**<br>**Fresno, CA 93721** |
| **Elisa Kay  Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Ascentium Capital, LLC**<br>**23970 Hwy 59, N.**<br>**Kingwood, TX 77339** |
| **Elisa Kay  Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Blue Bridge Financial LLC**<br>**5500 Main St**<br>**Buffalo, NY 14221** |
| **Elisa Kay  Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Iowa Dept. of Revenue**<br>**P.O. Box 10413**<br>**Des Moines, IA 50319** |
| **Elisa Kay  Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Marietta Dobbins, Bankrutpcy Specialist**<br>**Internal Revenue Service**<br>**1240 E 9th St., Rm.  493**<br>**Cleveland, OH 44199** |
| **Elisa Kay  Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Cedar Rapids Bank & Trust**<br>**5001 1st Ave., NE**<br>**Cedar Rapids, IA 52406-0789** |
| **Elisa Kay Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **Zazza LTD**<br>**c/o Susan Zazza-Hutchcroft**<br>**520 Lawndale Dr., SE**<br>**Cedar Rapids, IA 52403** |
| **Elisa Kay Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **M2 Lease Funds LLC**<br>**175 N. Patrick Blvd.,  Ste 140**<br>**Brookfield, WI 53045** |
| **Elisa Kay Fritsch**<br>**2520 Daisy Road**<br>**Woodbine, MD 21797** | **The Leasing Experts**<br>**c/o Express Equity etal**<br>**9710 E. Indigo St., #203**<br>**Miami, FL 33157** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Charles Henry Fritsch, V,**
      **Jean Flatley Fritsch**

Case No.   **14-26478**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fritsch Family Partners LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Marietta Dobbins, Bankrutpcy Specialist**<br>**Internal Revenue Service**<br>**1240 E 9th St., Rm. 493**<br>**Cleveland, OH 44199** |
| **Fritsch Family Partners LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Iowa Dept. of Revenue**<br>**P.O. Box 10413**<br>**Des Moines, IA 50319** |
| **Fritsch Family Partners LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Cedar Rapids Bank & Trust**<br>**5001 1st Ave., NE**<br>**Cedar Rapids, IA 52406-0789** |
| **Fritsch Family Partners LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Hudson, Mallaney, Shindler & Anderson**<br>**5015 Grand Ridge Rd., Ste. 100**<br>**West Des Moines, IA 50265** |
| **MBA Hotel Brokers, Inc.**<br>**2902 Route 97**<br>**Glenwood, MD 21738** | **The Leasing Experts**<br>**c/o Express Equity etal**<br>**9710 E. Indigo St., #203**<br>**Miami, FL 33157** |
| **MBA Hotel Brokers, Inc.**<br>**2902 Route 97**<br>**Glenwood, MD 21738** | **Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998-2235** |
| **MBA Hotel Brokers, Inc.**<br>**2902 Route 97**<br>**Glenwood, MD 21738** | **Capital One Bank, N.A.**<br>**P.O. Box 105474**<br>**Atlanta, GA 30348-5475** |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Citizen's Bank**<br>**P.O. Box 1900**<br>**24 Wildwood Lane**<br>**Elizabethton, TN 37644** |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Small Business Administration**<br>**801 R Street**<br>**Fresno, CA 93721** |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Zazza LTD**<br>**c/o Susan Zazza-Hutchcroft**<br>**520 Lawndale Dr., SE**<br>**Cedar Rapids, IA 52403** |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Ascentium Capital, LLC**<br>**23970 Hwy 59, N.**<br>**Kingwood, TX 77339** |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **M2 Lease Funds LLC**<br>**175 N. Patrick Blvd., Ste 140**<br>**Brookfield, WI 53045** |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Codebtors

In re   **Charles Henry Fritsch, V,**
        **Jean Flatley Fritsch**

Case No.   **14-26478**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Blue Bridge Financial LLC**<br>**5500 Main St**<br>**Buffalo, NY 14221** |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **The Leasing Experts**<br>**c/o Express Equity etal**<br>**9710 E. Indigo St., #203**<br>**Miami, FL 33157** |
| **Synergy Hotel Group, LLC**<br>**2902 Rt. 97**<br>**Glenwood, MD 21738** | **Barry Scherr**<br>**2046 Treasure Coast Plaza, Suite A**<br>**Vero Beach, FL 32960** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Codebtors

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Charles Henry Fritsch, V** |
| Debtor 2<br>(Spouse, if filing) | **Jean Flatley Fritsch** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number<br>(If known) | **14-26478** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income    12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | **Self-Employed** | **Self-Employed** |
| | **Employer's name** | **MBA Hotel Brokers, Inc.** | **MBA Hotel Brokers, Inc.** |
| | **Employer's address** | **2902 Route 97**<br>**Glenwood, MD 21738** | **2902 Route 97**<br>**Glenwood, MD 21738** |
| | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $      0.00 | $      0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$      0.00 | +$      0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $      0.00 | $      0.00 |

Debtor 1 **Charles Henry Fritsch, V**
Debtor 2 **Jean Flatley Fritsch**

Case number (*if known*) **14-26478**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions. Specify:** | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 10,727.26 | $ 1,000.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 10,727.26 | $ 1,000.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 10,727.26 + $ 1,000.00 = | $ 11,727.26 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies  12. $ 11,727.26

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Charles Henry Fritsch, V** |
| Debtor 2 (Spouse, if filing) | **Jean Flatley Fritsch** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (If known) | **14-26478** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **21** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do you include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **3,091.17**

   If not included in line 4:

   4a.   Real estate taxes   4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance   4b. $ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses   4c. $ **150.00**
   4d.   Homeowner's association or condominium dues   4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Debtor 1   **Charles Henry Fritsch, V**
Debtor 2   **Jean Flatley Fritsch**                                   Case number (if known)   **14-26478**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 650.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 115.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 126.00 |
| | 6d. Other. Specify: **cell phones** | 6d. $ | 375.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 950.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 100.00 |
| 10. | **Personal care products and services** | 10. $ | 120.00 |
| 11. | **Medical and dental expenses** | 11. $ | 475.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 120.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 80.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 60.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **Expenses for Children/College Expenses** | $ 19. | 1,000.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 5,044.29 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 356.60 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **college tuition** | 21. +$ | 1,288.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | **14,401.06** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 11,727.26 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 14,401.06 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-2,673.80** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   **Debtor Needs to obtain Health Insurance**
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **Charles Henry Fritsch, V**
**Jean Flatley Fritsch**
_____
Debtor(s)

Case No.    **14-26478**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 11, 2014**
_____

Signature   **/s/ Charles Henry Fritsch, V**
_____
**Charles Henry Fritsch, V**
Debtor

Date   **November 11, 2014**
_____

Signature   **/s/ Jean Flatley Fritsch**
_____
**Jean Flatley Fritsch**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.