**SO ORDERED**

No response or objection.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **IN RE** | * | |
| | | **CASE NO. 14-26478-TJC** |
| **CHARLES HENRY FRITSCH, V, and** | * | |
| **JEAN FLATLEY FRITSCH,** | | **CHAPTER 7** |
| | * | |
| Debtors. | * | |
| _____ | | |
| **CHARLES HENRY FRITSCH, V, and** | * | |
| **JEAN FLATLEY FRITSCH,** | | |
| Movants, | * | |
| v. | * | |
| | * | |
| **CITIZENS BANK,** | | |
| | * | |
| Respondent. | | |
| _____ | | |

**ORDER GRANTING MOTION TO AVOID JUDICIAL LIENS OF CITIZENS BANK**
**PURSUANT TO 11 U.S.C. § 522(f)**

UPON CONSIDERATION of the Motion to Avoid Judicial Liens of Citizens Bank

Pursuant to 11 U.S.C. § 522(f) filed by Charles Henry Fritsch, V and Jean Flatley Fritsch (collectively, the "Debtors"), any opposition to the Motion filed thereto, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Avoid Judicial Liens of Citizens Bank Pursuant to 11 U.S.C. § 522(f) is **GRANTED**; and it is further

**ORDERED, ADJUDGED and DECREED** that the judicial lien held by Citizens Bank on and against the Debtors' residence known as 2902 Route 97, Glenwood, Maryland 21738, entered of record on October 22, 2014 in the original amount of $4,524,254.47 in the matter captioned Citizens Bank v. Synergy Hotel Group Limited Liability Company et al., Case No. 13C14101030 (Cir. Ct. Howard County) is hereby avoided and cancelled; and it is further

**ORDERED, ADJUDGED and DECREED** that the judicial lien held by Citizens Bank on and against the Debtors' real property known as 6 Rocky Glen Court, Brookeville, Maryland 20833, entered of record on October 22, 2014 in the original amount of $4,524,254.47 in the matter captioned Citizens Bank v. Synergy Hotel Group Limited Liability Company et al., Case No. 396765V (Cir. Ct. Montgomery County) is hereby avoided and cancelled; and it is further

**ORDERED**, that the Debtors are authorized to record this order in the land records of Montgomery County, Maryland and Howard County, Maryland.

Copies to:

Citizens Bank
c/o Bill Dudley, President
300 Broad Street
Elizabethton, Tennessee 37643

Office of the United States Trustee
6305 Ivy Lane, #600
Greenbelt, MD 20770

3

Christopher D. Heagy, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Michael C. Hill
Vice President
Citizens Bank
P.O. Box 1900
300 Broad Street
Elizabethton, TN 37644

Laura J. Margulies
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, MD 20852
Chapter 7 Trustee

Charles Henry Fritsch, V
2902 Route 97
Glenwood, MD 21738

Jean Flatley Fritsch
2902 Route 97
Glenwood, MD 21738

**END OF ORDER**